Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Maria N. Jacob
Assistant Federal Public Defender
District of Columbia Bar No. 1031486
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Maria_Jacob@fd.org

*Attorney for Petitioner David Guerra Ortiz

## United States District Court
## District of Nevada

David Guerra Ortiz,

Petitioner,

v.

Todd Blanche, et al.,

Respondents.

Case No. 2:26-cv-02157-APG-DJA

**Stipulation to Extend Time to File Amended Petition and Response to Amended Petition**

Petitioner David Guerra Ortiz and Respondents, through undersigned counsel, hereby submit this Stipulation for an extension of time of 30 days for Petitioner to file an amended petition for writ of habeas corpus, moving the deadline to August 31, 2026, with a further stipulation that the Respondents file a response by September 8, 2026.

This extension is warranted because counsel requires more time to obtain immigration records. In addition, there is prior case research that needs to be investigated given his complicated history. This additional research is required to properly prepare any potential claims. Therefore, Mr. Ortiz requests a 30-day extension of time to file the amended petition.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Ortiz to file an amended petition to August 31, 2026, with a response deadline of September 8, 2026. This request is made in good faith and not for the purpose of delay.

Dated: July 29, 2026

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH, First Assistant United States Attorney

/s/ *James Sweetin*
James Sweetin
Assistant United States Attorney

Rene L. Valladares
Federal Public Defender

/s/ *Maria N. Jacob*
Maria N. Jacob
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated: July 30, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE