TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 5144
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
james.sweetin@usdoj.gov
*Attorneys for the Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID ADALBERTO GUERRA-ORTIZ,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, et al.,<br><br>Respondents. | Case No. 2:26-cv-02157-GMN-BNW<br><br>**Federal Defendants' Stipulation for Extension of Time to File Response to Amended Petition for Writ of Habeas Corpus (ECF No. 9)**<br><br>**FIRST REQUEST** |

Federal Respondents and Petitioner by and through their undersigned counsel, move this Court for a one-week extension of time up to and including **September 15, 2026**, in which to file a Response to Amended Petition for Writ of Habeas Corpus (ECF No.9). Accordingly, Petitioner's counsel will have until **September 18, 2026** to file their Reply.

This is the first stipulation for an extension from Federal Respondents. Additional time is necessary to accommodate manpower issues in the office of the United States Attorney. Due to the lack of manpower and multiple immediate deadlines compiling in complicated defensive cases at one time, a one-week extension is requested to file the Response to the Amended Petition. This stipulation for an extension to file the Response to

//

//

//

the Amended Petition is made in good faith and not for the purposes of undue delay.

Respectfully submitted this 3rd day of September 2026.

RENE L.VALLADARES
Federal Public Defender

*/s/ Maria Jacob*
MARIA JACOB
Federal Public Defender
411 E Bonneville, Ste. 250
Las Vegas, NV 89101
*Attorney for Petitioner*

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ James R. Sweetin*
JAMES R. SWEETIN
Assistant United States Attorney
*Attorney for Federal Respondents*

IT IS SO ORDERED:

Dated: September 9, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE